IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CECILIA FRANCISCO, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | Civil Action No. 17-cv-06872 |
| v. ) | |
| ) | |
| MIDLAND FUNDING, LLC, and MIDLAND ) | |
| CREDIT MANAGEMENT, INC., ) | |
| ) | Jury Demanded |
| DEFENDANTS. ) | |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANTS MIDLAND FUNDING, LLC AND MIDLAND CREDIT MANAGEMENT, INC.**

Plaintiff, Cecilia Francisco, by and through her attorneys, respectfully moves for summary judgment in her favor pursuant to Rule 56 of the Federal Rules of Civil Procedure on Plaintiff's claims arising under 15 U.S.C. § 1692 *et seq*. ("FDCPA"), as well as on Defendant's affirmative defense of *bona fide* error. Plaintiff incorporates her Memorandum of Law in Support of her Motion for Summary Judgment, contemporaneously filed with this Motion.

WHEREFORE, for the reasons set out in Plaintiff's Memorandum of Law in Support of her Motion for Summary Judgment, Plaintiff respectfully requests that this Court enter summary judgment in her favor and against Defendant, both on Plaintiff's claims and on Defendant's affirmative defense, and for any other relief as this Court deems proper.

Respectfully submitted,

By: /s/ *Celetha Chatman*
One of Plaintiff's Attorneys

Celetha Chatman
Michael Wood

1

***Community Lawyers Group, Ltd.***
73 W. Monroe Street, Suite 514
Chicago, IL 60603
Ph: (312)757-1880
Fx: (312)265-3227
cchatman@communitylawyersgroup.com
mwood@communitylawyersgroup.com

## **CERTIFICATE OF SERVICE**

      I, Celetha Chatman, an attorney, hereby certify that on May 2, 2018, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all attorneys of record.

**Dated: May 2, 2018**                                                                                          Respectfully submitted,


                                                                               By: _____/s/ *Celetha Chatman*